**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **MISC NO. 3:12-mj-217-DSC** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INFORMATION ASSOCIATED** | ) | **ORDER TO UNSEAL** |
| **WITH EMAIL ACCOUNTS STORED** | ) | **SEARCH AND SEIZURE WARRANT** |
| **AT PREMISES CONTROLLED BY** | ) | |
| **AOL, INC.** | ) | |
| _____ | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Search and Seizure Warrant and Application for a Search Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Search and Seizure Warrant and Application for a Search Warrant in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, defense counsel and the United States Attorney's office.

**SO ORDERED**.

Signed: April 11, 2013

_____

David S. Cayer
United States Magistrate Judge